RECEIVED
USDC, WESTERN DISTRICT OF LA
ROBERT H. SHEMWELL, CLERK
DATE 9/23/08
6B

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **GOLDIE MAE JACK** | **CIVIL ACTION NO. 08-1060** |
| **VERSUS** | **JUDGE HAIK** |
| **PRAIRIE CAJUN SEAFOOD WHOLESALE** | **MAGISTRATE JUDGE HILL** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by plaintiff, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that plaintiff's civil action is **DISMISSED WITH PREJUDICE** under 28 U.S.C. § 1915(e)(2)(B)(i) and (ii) as frivolous and for failing to state a claim upon which relief may be granted.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 22nd day of September, 2008.

RICHARD T. HAIK
UNITED STATES DISTRICT JUDGE